```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA

DIANNE BURRELL                  *        CIVIL ACTION

VERSUS                          *        NO: 06-11173

NEW ORLEANS SEWERAGE AND        *        SECTION: "D"(5)
WATER BOARD
```

### ORDER AND REASONS

Before the court is the **Motion to Stay** filed by Plaintiff, Dianne Burrell. Defendant, The Sewage & Water Board of New Orleans, filed a memorandum in opposition. The motion, set for hearing on Wednesday, December 19, 2007, is before the court on briefs, without oral argument.

Now, having considered the memoranda of counsel, the record, and the applicable law, the court finds that Plaintiffs has failed to show an evidentiary basis for a stay and the granting of a stay would unduly prejudice Defendant. Accordingly;

**IT IS ORDERED** that Plaintiff's **Motion to Stay** be and is hereby **DENIED**.

New Orleans, Louisiana, this **19th** day of **December, 2007.**

*[signature]*
A.J. McNAMARA
UNITED STATES DISTRICT JUDGE